# SUPREME COURT OF HAWAI'I

### May 20, 1997

| | | |
|---|---|---|
| 19896 | Apao v. State | Affirmed |
| 18381 | Oshima v. Young;  Bank of America, FSB v. Kidani;  Bank of America, FSB v. Young | Affirmed |
| 19700 | State v. Hopps | Affirmed |
| 19239 | State v. Kaihewalu | Affirmed |

### May 21, 1997

| | | |
|---|---|---|
| 19404 | State v. Aki | Affirmed |
| 20093 | State v. Whitfield | Affirmed |

### May 22, 1997

| | | |
|---|---|---|
| 20001 | State v. Kepa | Affirmed |
| 19753 | State v. Mathison | Affirmed |
| 19871 | State v. Mendoza | Affirmed |
| 19643 | State v. Patelesio | Affirmed |

### May 23, 1997

| | | |
|---|---|---|
| 19228 | Application of Maui Elec. Co., Ltd. | Affirmed |

### May 29, 1997

| | | |
|---|---|---|
| 18600 | Bunch v. Souza | Affirmed |
| 18630 | Estate of Kam, In re | Affirmed |
| 20004 | State v. Arrington | Affirmed |